

FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEVIN PATRICK JACKSON,<br>Defendant. | Case No.  2:13-CR-0448 JFW<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☐    the appearance of defendant as required; and/or

☒    the safety of any person or the community.

//

//

//

The Court concludes:

☐ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk.  The risk of nonappearance is based on:

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.  The risk of danger is based on: instant allegations; prior revocation based on same alleged violation (undisclosed computer).

IT IS THEREFORE ORDERED that the defendant be detained.

Dated:  5/5/2025

_____/s/_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE